AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/29/2025
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -04833(1) - MAT |
| | § |
| (1) DOMINGO VAZQUEZ-MENDEZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 28, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)     **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following

facts: "The DEFENDANT, Domingo VAZQUEZ-Mendez, an alien to the United States and a citizen of Mexico

was found approximately 3.00 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western

District of Texas.  From statements

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,                                /s/ JURADO, JOSE A.
                                                    Signature of Complainant
                                                    Border Patrol Agent


August 29, 2025                                    at    EL PASO, Texas
Date                                                     City and State


MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE                           Signature of Judicial Officer
                                                         **OATH TELEPHONICALLY SWORN**
                                                         **AT 2:00  P.M.**
                                                         **FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -04833(1)

WESTERN DISTRICT OF TEXAS

(1) DOMINGO VAZQUEZ-MENDEZ

FACTS (CONTINUED)

made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on June 10, 2025, through Harlingen, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on June 10, 2025, through HARLINGEN, TX


CRIMINAL HISTORY:
05/02/2025, LAKE CITY, SC, DUI(M), CNV, $1017.00 FINE.